**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| In re: CHARLES W HUGHES | CASE NO. 23-65019 |
|---|---|
| Debtor(s) | CHAPTER 13 |

## NOTICE OF AMENDMENT TO DEBTOR'S SCHEDULES OF CREDITORS AND/OR MATRIX

Debtor, pursuant to Bankruptcy Rule 1009(a), hereby gives <u>NOTICE</u> of the names of creditors added to debtor's schedules of creditors and/or mailing matrix as follows:

| NAME AND ADDRESS OF CREDITOR | DATE OF DEBT AND SECURITY, IF ANY | WHETHER DISPUTED | AMOUNT |
|---|---|---|---|

Note: *Name*: max - 50 characters; Address - max 5 lines of 40 characters each. More than one creditor may be entered separated by a blank line.

| | | | |
|---|---|---|---|
| Credit Corp Solutions<br>c/o Scott & Associates<br>28 E Main St, #500<br>Rochester, NY 14614 | | no | $10,615.00 |
| Farm Credit of the Virginias<br>106 Sangers Ln, PO Box 899<br>Staunton, VA 24402 | | no | $36,400.00 |
| Paula Warren<br>14265 Shirley Rd<br>Unionville, VA 22567 | | no | $. 3,470.00 |

/s/ Charles W Hughes
(Debtor Must Sign)

The above-named debtor(s) certifies under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

### CERTIFICATION

I hereby certify that I have contacted the Bankruptcy Court Clerk's office and the above-styled case has not been closed or I have enclosed herewith a Motion to Reopen and the appropriate filing fees. I further certify that a true copy of this Notice was duly mailed on <u>October 12, 2023</u>, to the Court, debtor, trustee, U.S. Trustee, and, if the § 341(a) creditors' meeting notice has been issued, to the above-named creditors, which notice of amendment to said creditors shall include a copy of the § 341(a) creditors' meeting notice, proof of claim form, and order of discharge, as applicable. I further certify that I have also filed the Certification Regarding Amended Schedules or Statements. See Local Rule 1009-1.

Dated: <u>10/12/2023</u>           Signed:       <u>/s/ William Harville</u>

---

Note: ALL amendments must be accompanied by a THIRTY-TWO DOLLARS ($32.00) filing fee payable to **Clerk, U. S. Bankruptcy Court**. Personal checks are not accepted. **If more than five (5) creditors are added by amendment, counsel for the debtor, or debtor if <u>pro-se</u>, shall file with the Clerk an amended matrix which lists only the added creditors in alphabetical order.**